JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JAMEKA H. JOHNSON,<br>　　　Plaintiff,<br>　　　　　v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>　　　Defendant | )  Case No. 2:25-cv-06707-SK<br>)<br>)  **JUDGMENT FOR VOLUNTARY**<br>)  **REMAND PURSUANT TO**<br>)  **SENTENCE FOUR OF 42 U.S.C. §**<br>)  **405(g)**<br>)<br>) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated:  January 30, 2026  _____

THE HONORABLE STEVE KIM
U.S. MAGISTRATE JUDGE

-1-